IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JUAN CARLOS LARA-CRUZ, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| ALEXANDER SMITH, Warden, IAH Adult | § | |
| Detention, Bret Bradford, Houston Field Office, | § | |
| United States Immigration and Customs | § | |
| Enforcement; TODD M. LYONS, Acting | § | CIVIL ACTION NO. 9:26-CV-00225 |
| Director, United States Immigration and Customs | § | JUDGE MICHAEL J. TRUNCALE |
| Enforcement; KRISTI NOEM, Secretary of the | § | |
| United States Department of Homeland Security; | § | |
| PAMELA BONDI, United States Attorney | § | |
| General; EXECUTIVE OFFICE FOR | § | |
| IMMIGRATION REVIEW, in their official | § | |
| capacities, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DIRECTING PETITIONER TO COMPLY WITH LOCAL RULES

Before the Court is Petitioner Juan Carlos Lara-Cruz's Petition for Writ of Habeas Corpus. [Dkt. 1]. The Court has reviewed the Petition and finds it to be in violation of Local Rule CV-7(a).

It is therefore **ORDERED** that Petitioner file an Amended Petition curing the defect(s) within **three (3) days** from the date of this Order. Failure to do so may result in this action's dismissal without prejudice.

**SIGNED this 7th day of April, 2026.**

_____
Michael J. Truncale
United States District Judge